United States Courts
Southern District of Texas
FILED

FEB 18 2022

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

**UNITED STATES OF AMERICA**
Vs.
**Autumn Brea Bowker**
**Mathew Steven Bradley**

**CRIMINAL COMPLAINT**

Case Number: C-22-00195M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __February 17, 2022__ in __Kenedy__ County, in the
(Date)

Southern District of Texas, defendant, **Autumn Brea Bowker**
**Mathew Steven Bradley**

each aiding, abetting and assisting one another, did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title __8__ United States Code, Section(s) __1324__
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the
                                  OFFICIAL TITLE
following facts:

See Attached Affidavit of U.S. Border Patrol Agent **Antonino Gonzalez Jr.**

Continued on the attached sheet and made a part of this complaint:  ☒ Yes  ☐ No

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

_____                        Signature of Complainant
         February 18, 2022                              **Antonino Gonzalez Jr.**
              Date                                     Printed Name of Complainant

                                          at          Corpus Christi, Texas
                                                         City and State

**Mitchel Neurock U.S. Magistrate Judge**
Name and Title of Judicial Officer                     Signature of Judicial Officer

## AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

**Probable Cause/Facts:**
On February 17, 2022, at approximately 10:40 a.m., a gray Chevrolet Tahoe arrived at the United States Border Patrol Checkpoint near Sarita, Texas. The Border Patrol Agent at primary conducted an immigration inspection of the driver, later identified as Autumn Brea Bowker and the front seat passenger, later identified as Mathew Steven Bradley. During the inspection a Canine Handler advised the primary agent that his canine alerted to the vehicle. The primary agent told Bowker the canine alerted to the vehicle and instructed her to proceed to the secondary inspection area.

At the secondary inspection area, agents discovered four subjects concealed under miscellaneous items in the rear of the vehicle. A female from El Salvador and her eight-year-old son and a male and female couple from Mexico. Agents determined all four subjects were illegally in the United States.

Agents arrested Bowker and Bradley for alien smuggling and all subjects were escorted into the checkpoint for further processing.

**Miranda Rights:**
Agents advised all the subjects of their Miranda Rights in their respective languages. Bowker and Bradley declined to provide statements.

**NOTE:** Bowker was arrested by Border Patrol Agents in Laredo, Texas, on April 30, 2021, for a failed alien smuggling attempt.

**MATERIAL WITNESS (Ezequiel TALAVERA-Echeverria):**
TALAVERA stated he and his wife entered illegally into the United States on February 16, 2022. He stated they were going to pay $8,500.00 each to be smuggled to Houston, Texas. He stated after crossing the Rio Grande River, they were taken to a stash house (trailer home). TALAVERA stated the following morning (February 17, 2022) he; his wife, another female, and her child were taken from the stash house to a store parking lot. He stated the Tahoe they were encounter in at the checkpoint was parked in the parking lot when they arrived. TALAVERA stated a white male wearing a shirt with red and black squares, and a white female wearing a black sweater instructed them to get into the Tahoe. He stated, first they put the boy into a cloth basket and covered it. Next, they put the boy's mother in the vehicle and covered her. TALAVERA stated the white male and white female, then put his wife in the vehicle and covered her. He stated he was the last one to be put into the vehicle and covered with miscellaneous items. TALAVERA stated prior to arriving at the checkpoint the smugglers used an application (app) on a cellphone to translate from English to Spanish using the vehicle speakers to tell them not to move. TALAVERA was able to positively identify both Bowker and Bradley in photo line-ups. **NOTE:** Both subjects were wearing clothing which matched the description provided by TALAVERA.

1

**DISPOSITION:**
The facts of this case were presented to the Assistant United States Attorney Office who accepted Autumn Brea Bowker and Mathew Steven Bradley for prosecution of 8 USC 1324, Alien Smuggling. Ezequiel TALAVERA-Echeverria will be held as a material witness.

Antonino González Jr.
Border Patrol Agent

Submitted by reliable electronic means, sworn to,
signature attested telephonically per Fed.R.Crim.P.4.1,
and probable cause found on the February 18, 2022.

Mitchel Neurock
United States Magistrate Judge

2